```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 08868
   KASHAWNA L WILSON
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7993


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/05/2004 and was confirmed 06/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/21/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
CAVALRY PORTFOLIO SERVIC  UNSECURED        21269.98          .00         2127.00
CARSON PIRIE SCOTT        UNSECURED          706.89          .00           70.69
AT & T WIRELESS           UNSECURED          876.36          .00           87.64
COMMONWEALTH EDISON       UNSECURED        NOT FILED         .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          929.40          .00           92.94
PORTFOLIO RECOVERY ASSOC  UNSECURED         1088.75          .00          108.88
CITY OF CHICAGO PARKING   UNSECURED         3880.00          .00          388.00
FINANCE SYSTEMS CORP      UNSECURED        NOT FILED         .00             .00
ECAST SETTLEMENT CORP     UNSECURED          487.15          .00           48.72
MONTGOMERY WARD           UNSECURED        NOT FILED         .00             .00
NORTH SHORE AGENCY        UNSECURED        NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00          .00             .00
PROVIDIAN NATIONAL BANK   UNSECURED        NOT FILED         .00             .00
AMERITECH OF ILLINOIS     UNSECURED        NOT FILED         .00             .00
STATE FARM INSURANCE      UNSECURED        10000.00          .00         1000.00
TCF BANK                  UNSECURED        NOT FILED         .00             .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT      194.00          .00          194.00
ILLINOIS DEPT OF PUBLIC   FILED LATE        6286.00          .00             .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                         362.87
DEBTOR REFUND             REFUND                                          249.26

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 6,930.00

PRIORITY                                        194.00
SECURED                                            .00
UNSECURED                                     3,923.87
ADMINISTRATIVE                                2,200.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 08868 KASHAWNA L WILSON

```
TRUSTEE COMPENSATION                                          362.87
DEBTOR REFUND                                                 249.26
                                      ----------------  ----------------
TOTALS                                        6,930.00          6,930.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 03/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```